UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Judah Sinclair                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR       (  )(  )~~

21 MAG 335

Defendant ___Judah Sinclair_____ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓   Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

___Judah Sinclair_____
Print Defendant's Name

___Aaron Mysliwiec_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Jan 12, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                          -v-

Judah Sinclair                    Defendant.
-------------------------------------------------------------------X

WAIVER OF RIGHT TO BE PRESENT
AT CRIMINAL PROCEEDING

-CR-    ( )( )

21-MAG-335

**Check Proceeding that Applies**

__X__   Presentment

I have been charged in a complaint with violations of federal law. I have spoken with my attorney about those charges. My attorney has advised me that I have a right to be present at the presentment. By signing this document, I wish to advise the court that I willingly give up my right to be present at the presentment. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____/s/ (AJM)_____
        Signature of Defendant

_____Judah Sinclair / Aaron Mysliwiec_____
       Print Name

I hereby affirm that I have discussed with my client the charges against my client contained in the complaint, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings.

Date: _____/s/ (AJM)_____   Aaron Mysliwiec
        Signature of Defendant

_____Aaron Mysliwiec_____
       Print Name

Accepted: _____
           Signature of Judge
           Date: