UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

Judah Sinclair        Defendant.
------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

-CR-  ( )( )

21-MAG-335

**Check Proceeding that Applies**

X  Presentment

I have been charged in a complaint with violations of federal law. I have spoken with my attorney about those charges. My attorney has advised me that I have a right to be present at the presentment. By signing this document, I wish to advise the court that I willingly give up my right to be present at the presentment. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____  /s/ (AJM)
             Signature of Defendant

Judah Sinclair / Aaron Mysliwiec
Print Name

I hereby affirm that I have discussed with my client the charges against my client contained in the complaint, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings.

Date: _____  /s/ (AJM)
             Signature of Defendant

Aaron Mysliwiec
Print Name

Accepted: _____
          Signature of Judge
Date: